UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH REMBERT,

        Plaintiff,                    Civil Case No. 19-11732
                                                          Honorable Linda V. Parker

v.

TRINITY HEALTH,

        Defendant.
_____/

**OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S JULY 23, 2020 REPORT AND RECOMMENDATION [ECF NO. 21] AND (2) DISMISSING COMPLAINT WITH PREJUDICE FOR FAILURE TO PROSECUTE**

      Plaintiff Keith Rembert, proceeding *pro se*, filed this suit against Defendant Trinity Health, alleging employment discrimination in violation of Michigan's Elliott Larsen Civil Rights Act, M.C.L. § 37.2202 et seq., and Title VII, 42 U.S.C. § 2000e *et seq*. (ECF No. 1.) Trinity Health subsequently filed a motion to compel. (ECF No. 15.) The Court referred the motion to Magistrate Judge Elizabeth A. Stafford for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 16.) On April 9, 2020, Magistrate Judge Stafford granted the motion and ordered Rembert to show cause, by April 21, why this matter should not be dismissed for failure to prosecute. (ECF No. 19.) Rembert did not respond.

In a July 23, 2020 Report and Recommendation ("R&R"), Magistrate Judge Stafford recommends that the Court dismiss Rembert's Complaint with prejudice for failure to prosecute.  (ECF No. 21.)  At the conclusion of the R&R, Magistrate Judge Stafford informs the parties that they must file any objections to the R&R within 14 days.  (*Id.* at Pg. ID 89.)  She further advises that, "[i]f a party fails to timely file specific objections, any further appeal is waived."  (*Id.* (citing *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991)).)  No party objected, and the time to do so has expired.

The Court reviewed the July 23, 2020 R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore (i) adopts the R&R (ECF No. 21) and (ii) dismisses Rembert's Complaint with prejudice.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 16, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 16, 2020, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager
